Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2017 to 12/31/2017  
**Case Number: 15-12051 (ABA)**

Ronald D. Griechen  
325 Hudson Street  
Gloucester City, NJ  08030

Monthly Payment: $330.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | $330.00 | 03/10/2017 | $330.00 | 04/04/2017 | $330.00 | 05/02/2017 | $330.00 |
| 05/19/2017 | $330.00 | 07/21/2017 | $330.00 | 08/22/2017 | $660.00 | 09/11/2017 | $330.00 |
| 11/01/2017 | $330.00 | 11/22/2017 | $330.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD D. GRIECHEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,233.49 | $3,233.49 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $300.00 | $300.00 | $0.00 | $0.00 |
| 1 | ADVANCED ORTHOPAEDIC CTRS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | C AND H COLLECTION SVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | EMERGENCY PHYSICIANS ASSOCIATES OF S.J., PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | KRISTINA G MURTHA ESQ | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Lab Corp of America | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIRAMED REVENUE GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NEW JERSEY HOUSING & MORTGAGE FINANCE AGENCY | 24 | $13,450.16 | $5,962.43 | $7,487.73 | $3,346.86 |
| 8 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2015 | 6.00 | $0.00 |
| 09/01/2015 | Paid to Date | $2,430.00 |
| 10/01/2015 | 53.00 | $330.00 |
| 03/01/2020 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,630.00 |
| Total paid to creditors this period: | $3,346.86 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $990.00 |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**