UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Isabel C. Balboa, Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In re:

RONALD D. GRIECHEN

Case No.: 15-12051-ABA

Chapter: 13

Hearing Date: 03/16/2018  09:00:00AM

Judge:  Andrew B. Altenburg, Jr.

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Isabel C. Balboa, certify that with respect to the order submitted to the court, the following is true and correct to the best of my knowledge.

The matter captioned *******************UNKNOWN PLEASE RE-CREATE THIS CERTIFICATION NOW****************** filed on 03/16/2018 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Their name and relationship to the case are:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| RONALD D. GRIECHEN | ☒ Trustee |
|  | ☐ U.S. Trustee |
| STEVEN N. TAIEB, ESQUIRE |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date:   3/16/2018                                    /s/ Isabel C. Balboa

                                                            Signature

2