|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN N. TAIEB,<br>Attorney at Law<br>BY____/s/Steven N. Taieb,Esquire_____<br>  Steven N. Taieb, ST8001<br>1155 Rt. 73, Suite 11<br>Mt. Laurel, NJ 08054<br>(856) 235-4994 | Order Filed on March 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ronald D. Griechen | Case No.:  15-12051<br><br>Chapter:  13<br><br>Judge:  ABA |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: March 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____323_____ per month for _____23_____ months to allow for payment of the above fee.

*rev.8/1/15*